**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>A.M. ORTEGA CONSTRUCTION, INC., a California corporation; and ARCHIE MAURICE ORTEGA, an individual,<br><br>        Defendants. | Case No.  2:15-cv-00121-PJW<br><br>ASSIGNED TO THE HONORABLE PATRICK J. WALSH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

    **IT IS HEREBY ORDERED**, pursuant to the Stipulation to Dismiss Action with Prejudice executed on behalf of all parties to this action, that this case is dismissed with prejudice, with each party to bear its own fees and costs, except for the fees and costs that may be included in the settlement agreement between the parties.

*/s/ Patrick J. Walsh*

Dated:  December 4, 2015

UNITED STATES DISTRICT COURT